UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLLEEN R. BONNINGTON,<br><br>           Plaintiff,<br><br>     v.<br><br>GRANT COUNTY, GRANT COUNTY JAIL, a GRANT COUNT WORK RELEASE FACILITY, BILL MACOMBER, in his individual and official capacities and GRANT COUNTY SHERIFF FRANK DETROLIO, in his individual and official capacities,<br><br>           Defendants. | No. CV-04-387-FVS<br><br>ORDER DISMISSING DEFENDANT BILL MACOMBER |

Pursuant to the parties' Stipulation, Ct. Rec. 43,

**IT IS HEREBY ORDERED** that the Defendant Bill Macomber is **DISMISSED WITH PREJUDICE** from this action. Accordingly, Defendant Bill Macomber's Motion for Summary Judgment, **Ct. Rec. 19**, is **MOOT**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 28th day of November, 2005.

                         s/ Fred Van Sickle
                          Fred Van Sickle
                    United States District Judge

ORDER DISMISSING DEFENDANT BILL MACOMBER - 1