UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLLEEN R. BONNINGTON,<br><br>            Plaintiff,<br><br>     v.<br><br>GRANT COUNTY, GRANT COUNTY JAIL, a GRANT COUNT WORK RELEASE FACILITY, and GRANT COUNTY SHERIFF FRANK DETROLIO, in his individual and official capacities,<br><br>            Defendants. | No. CV-04-387-FVS<br><br>ORDER OF DISMISSAL |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that pursuant to the Stipulation filed by the parties, Ct. Rec. 63, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE** and without costs to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE**.

**DATED** this 13th day of January, 2006.

                          s/ Fred Van Sickle
                           Fred Van Sickle
                    United States District Judge

ORDER OF DISMISSAL - 1